SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**MATTHEW R. DAY, Senior Deputy City Attorney (SBN 250945)**
MRDay@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT and DANIEL HAHN

**ARLEN LITMAN-CLEPER, (SBN 289699)**
alitman@cwmlaw.com
CESARI, WERNER AND MORIATY, PC
75 Southgate Avenue
Daly City, CA 94015
Telephone:  (650) 991-5126
Facsimile:   (650) 991-5134

Attorneys for THONGXY PHANSOPHA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THONGXY PHANSOPHA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; DANIEL HAHN; and DOES 1 to 125,<br><br>    Defendants. | Case No.:  2:20-cv-02313-JAM-CKD<br><br>**STIPULATION AND REQUEST FOR MODIFICATION OF SCHEDULING ORDER; ORDER** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

  Plaintiff THONGXY PHANSOPHA ("Plaintiff"), Defendants CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT and DANIEL HAHN (collectively "Defendants"), (hereinafter referred collectively as "the parties") by and through their respective attorneys of record, hereby stipulate the following:

1. On April 12, 2021, the Court issued a Pretrial Scheduling Order in which the Court set the deadline to disclose expert witnesses and accompanying reports for August 12, 2022, and deadline to disclose supplemental expert witnesses for September 26, 2022. (Doc. No. 8). The Pretrial Scheduling Order also sets the discovery cutoff deadline for October 26, 2022. (*Id.*)

2. The parties have met and conferred and in the interest of justice the parties have agree that there is good cause for modification of the Pretrial Scheduling Order so that parties may thoroughly prepare the matter for trial.

3. Accordingly, the parties hereby stipulate and request the Court issue an order modifying the Pretrial Scheduling Order by continuing the expert witness disclosure date from August 12, 2022 **to September 12, 2022** and the supplemental expert witness disclosure date from September 26, 2022 **to October 28, 2022**.

4. The parties also stipulate and request the Court issue an order modifying the Pretrial Scheduling Order by continuing the date discovery is to be completed to from October 23, 2022 **to November 23, 2022**.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: August 5, 2022         SUSANA ALCALA WOOD,
                              City Attorney

                         By:  /s/ MATTHEW R. DAY
                              **MATTHEW R. DAY**
                              Senior Deputy City Attorney

                              Attorneys for the Defendants, CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, and DANIEL HAHN

DATED: August 5, 2022         CESARI, WERNER AND MORIATY, PC

                         By:  /s/ ARLEN LITMAN-CLEPER
                              **ARLEN LITMAN-CLEPER**

                              Attorneys for the Plaintiff
                              THONGXY PHANSOPHA
                              *(as authorized on 8/5/2022)*

# ORDER

Having reviewed the parties' Stipulation and Request to Modify Scheduling Order to Continue Expert Discovery Dates and completion of Discovery and GOOD CAUSE appearing therefrom, it is hereby ordered that the deadline for disclosure of expert witnesses be continued from August 12, 2022 to **September 12, 2022** and the deadline for disclosure of supplemental expert witnesses be continued from September 26, 2022 to **October 28, 2022**.

Further, the date discovery is to be completed is continued from October 23, 2022 to **November 23, 2022**.

**IT IS SO ORDERED**.

DATED:  August 5, 2022          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE